## 3242.  AVERY & CO. *v.* THOMASON & SON.

The errors assigned as to rulings upon the trial and as to charges of the
court are not well taken.  There is sufficient evidence to support the
verdict, subject only to a small error in calculation, which may be cured
by direction given in connection with the judgment of this court.

DECIDED NOVEMBER 7, 1911.

Complaint; from city court of Bainbridge—Judge Cranford.
January 21, 1911.

*J. C. Hale,* for plaintiffs.

*R. G. Hartsfield,* for defendants.

POWELL, J.  According to the allegations of the defendants'
plea, they owed the plaintiffs only $4.66, and for that sum the
jury rendered their verdict—the verdict being plainly intended as
a finding upon this plea.  There are a number of assignments of
error in the record, relating to rulings of the court upon the evi-
dence and to instructions to the jury; but no material error in
this respect appears.  It does appear, however, that the calculation
by which the amount of $4.66 was arrived at is incorrect.  The
plea shows this on its face.  The amount really left due upon the
note was $10.68, and for this sum a verdict against the defendants
was demanded.  The whole question involved in the trial was
where a certain credit of $300 should have been placed, and, after
placing this credit as claimed by the defendants, there was still
due on the note $10.68.  Ordinarily this court has no power by
direction to increase the size of a verdict; but inasmuch as, under
the pleadings, a verdict of $10.68 could have been directed (since,
when the defendants' plea is properly construed, it admits a liabil-
ity of that amount), and as the verdict has properly settled the
only issue in the case, we do give direction that the trial judge
modify the judgment in the lower court, so as to allow the plain-
tiffs a recovery of $7.36 principal $2.35 interest to judgment, and
97 cents attorney's fees, with interest thereon from the date of the
trial.                        *Judgment affirmed, with direction.*